1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Gregory S. Mason, #148997
     *greg.mason@mccormickbarstow.com*
3  7647 North Fresno Street
   Fresno, California 93720
4  Telephone:   (559) 433-1300
   Facsimile:   (559) 433-2300

6  E. & J. Gallo Winery
7  David Fallek, State Bar No. 163448
   600 Yosemite Boulevard
8  Modesto, CA 95354
   Telephone: (209) 341-5245
9  Facsimile: (209) 341-5030
   Email: David.fallek@ejgallo.com

11 Attorneys for Defendant E. & J. GALLO WINERY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>          Plaintiff,<br>     vs.<br><br>PESTMASTER SERVICES, INC., a California corporation, JEFFREY M. VAN DIEPEN, and UNITED STATES OF AMERICA,<br><br>          Defendants. | Case No.: 2:19-cv-02120-WBS-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON UNITED STATES OF AMERICA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON UNITED STATES OF AMERICA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

## STIPULATION

IT IS HEREBY STIPULATED, by and between Plaintiff E. & J. Gallo Winery and Defendant United States of America that the hearing on the United States of America's Motion to Dismiss First Amended Complaint is continued to March 9, 2020 at 1:30 p.m. The

Dated: January 30, 2020

McGREGOR W. SCOTT
United States Attorney
W. DEAN CATER
Assistant United States Attorney

J. PATRICK GLYNN
Director, Torts Branch
BRIDGET B. LIPSCOMB
Assistant Director

By: /s/ *Jason T. Cohen* (as authorized on 1/30/2020)
JASON T. COHEN
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ *Gregory S. Mason*
GREGORY S. MASON

E. & J. GALLO WINERY
David Fallek

Attorneys for Plaintiff E. & J. GALLO WINERY

///

///

///

////

////

## ORDER

IT IS SO ORDERED: the hearing on the United States of America's Motion to Dismiss First Amended Complaint is continued to March 9, 2020 at 1:30 p.m. The Scheduling Conference is continued to April 27, 2020 at 1:30 p.m. A joint status report shall be filed no later than April 13, 2020.

**Dated: February 4, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

030262-000132 6622679.1