McGREGOR W. SCOTT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:      dean.carter@usdoj.gov
Telephone: (916) 554-2781
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> PESTMASTER SERVICES, INC., a California corporation, JEFFREY M, VAN DIEPEN, and UNITED STATES OF AMERICA, <br><br> Defendants. | No. 2:19-cv-02120-WBS-KJN <br><br> **AMENDED STIPULATION AND ORDER CONTINUING HEARING ON UNITED STATES OF AMERICA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

## AMENDED STIPULATION

IT IS HEREBY STIPULATED, by and between Plaintiff E. & J. Gallo Winery and Defendant United States of America that the hearing on the United States' Motion to Dismiss First Amended Complaint is continued to May 18, 2020, at 1:30 p.m. and the Scheduling Conference currently set for April 27, 2020, at 1:30 p.m., is continued to July 20, 2020, at 1:30 p.m. Currently, the hearing on Defendant United States' Motion to Dismiss is scheduled for March 23, 2020, at 1:30 p.m. However, given the uncertainty caused by the coronavirus, undersigned counsel for the United States has been directed to telework and request continuances of court appearances where possible.


Dated: March 17, 2020

McGREGOR W. SCOTT
United States Attorney

By:     /s/  W. Dean Carter
        W. DEAN CARTER
        Assistant United States Attorney

        Attorneys for Defendant
        UNITED STATES OF AMERICA


By:     /s/  Gregory Mason  (authorized 3/17/20)
        GREGORY MASON

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

        E. & J. GALLO WINERY
        David Fallek

        Attorneys for Plaintiff E. & J. GALLO WINERY

**<u>ORDER</u>**

Because of the current evolving situation with regard to the Coronavirus and this court's General Orders relating thereto, the hearing on the United States of America's Motion to Dismiss First Amended Complaint and the Scheduling Conference are dropped from calendar. The motion to dismiss will be taken under submission and decided without oral argument.

Dated: March 18, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE