Richard J. Finn, State Bar No. 099659
Rohit A. Sabnis, State Bar No. 221465
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604-0119
---
1901 Harrison Street, Suite 1400
Oakland, California  94612-3523
Telephone:  (510) 444-6800
Facsimile:  (510) 835-6666
Email:      rfinn@burnhambrown.com
            rsabnis@burnhambrown.com

Attorneys for Defendants
PESTMASTER SERVICES, INC. and JEFFREY M. VAN DIEPEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, | No. 2:19-cv-02120-WBS-KJN |
| Plaintiff, | **STIPULATION AND ORDER SETTING SCHEDULING CONFERENCE** |
| v. | |
| PESTMASTER SERVICES, INC. a California corporation, JEFFREY M. VAN DIEPEN, and UNITED STATES OF AMERICA, | |
| Defendants. | |

///

///

///

///

# **STIPULATION**

IT IS HEREBY STIPULATED, by and between Plaintiff E. & J. Gallo Winery, on the one hand, and Defendants Pestmaster Services, Inc. and Jeffrey M. Van Diepen, on the other hand, that a Scheduling Conference should be set in this matter for August 17, 2020 at 1:30 p.m.  A scheduling conference was previously scheduled in this matter for April 27, 2020 at 1:30 p.m.  That date was dropped from the Court's calendar pursuant to its Order issued on March 19, 2020 due to the ongoing situation involving the Coronavirus. (See Document Number 25).

DATED:  April 14, 2020         BURNHAM BROWN

*/s/ Rohit A. Sabnis*
_____
RICHARD J. FINN
ROHIT A. SABNIS

Attorneys for Defendants
PESTMASTER SERVICES, INC. and
JEFFREY M. VAN DIEPEN


McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

*/s/ Gregory Mason (authorized on 4/13/20)*
_____
GREGORY S. MASON

E. & J. GALLO WINERY
David Fallek

Attorneys for Plaintiff E. & J. GALLO WINERY

## **ORDER**

A Status (Pretrial Scheduling) Conference is set for August 17, 2020 at 1:30 p.m. before the undersigned judge in Courtroom 5.  A joint status report shall be filed no later than August 3, 2020.

Dated:  April 14, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4838-4790-3930, v. 1

3
STIPULATION AND ORDER SETTING SCHEDULING CONFERENCE        2:19-CV-02120-WBS-KJN