UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>  Plaintiff,<br><br>    v.<br><br>PESTMASTERS SERVICES, INC., a California corporation, JEFFREY M. VAN DIEPEN, and UNITED STATES OF AMERICA,<br><br>  Defendants. | No. 2:19-cv-02120 WBS KJN<br><br>ORDER |

----oo0oo----

At the Status (Pretrial Scheduling) Conference on August 17, 2020, the court inquired into plaintiff's basis for federal jurisdiction. (Docket No. 30.) Pursuant to the discussion at the conference, plaintiff is ORDERED to file a short supplemental brief no later than August 31, 2020 explaining under what authority the court can and should retain subject matter jurisdiction of this action against the remaining defendants. Defendants' response shall be filed no later than

1

September 14, 2020.  Plaintiff's reply shall be filed no later than September 21, 2020.  A further Status Conference will be held on October 5, 2020 at 1:30 PM in Courtroom 5 before the Honorable William B. Shubb, at which the court will hear argument regarding its jurisdiction over the case.

    IT IS SO ORDERED.

Dated:   August 17, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE